# FEDERAL EQUITY PACKAGE



FILED
CHARLOTTE, NC

SEP 24 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

-------------------------------- PAGE BREAK --------------------------------

## COVER LETTER TO CLERK AND MASTER – IN CAMERA SUBMISSION

To: The Honorable Clerk and Master
United States District Court
Western District of North Carolina – Charlotte Division
United States of America

Date: August 28, 2025

3:25cv734-MOC

Re: In Camera Submission – Verified Bill in Equity for Declaration of Trust, Quiet Title, Subrogation, Sequestration, and Annulment

Dear Clerk,

The enclosed suit is a special cause of action involving private, proprietary, and sacred trust matters. We respectfully request the following:

1. That this Court grant suitor leave to enter its exclusive original jurisdiction of equity under Article III, Section 2 of the Constitution for the United States of America;
2. That the Court seal this cause on the register in chancery;
3. That the Court proceed under seal, in camera, and ex parte;
4. That a judge be assigned to hear this matter in chambers, to privately receive the evidence and instruments in support of the Trust and the breaches suffered;
5. That this Honorable Court grant an immediate review and determination;
6. That process issue in the form of this Court's subpoena, if necessary, to preserve justice.

The following documents are submitted with this cover letter:
- Motion for Leave to Enter Equity Jurisdiction and Seal, Ex Parte
- Verified Bill in Equity
- Judicial Notice of Conflict and Variance
- Ecclesiastical Declaration of Trust and Ledger of Res
- Certificate of Authority
- Notice of Want of Authority
- Writ of Exodus and Entry
- Declaration of Irreparable Harm
- Schedule of Trust Res and Table of Tender
- Table of Authorities
- Certificate of Service

Please direct this filing to the Equity Judge in chambers, as this is not a statutory complaint but a sacred trust matter governed by conscience, not commerce.

Respectfully tendered,

*[signature]*

Anthony Vea Martin
Living Beneficiary and Trustee
Executor de son tort
Anthony Vea Martin Living Estate Trust
RB 769 444 285 US
Charlotte, North Carolina

(Seal / Red Thumbprint)

-------------------------------- PAGE BREAK --------------------------------

# MOTION FOR LEAVE TO ENTER EQUITY JURISDICTION AND SEAL, EX PARTE

Comes now Anthony Vea Martin, Living Beneficiary and Executor de son tort of the Anthony Vea Martin Living Estate Trust, and respectfully moves this Honorable Court:

1. To grant leave to enter the exclusive original jurisdiction of equity under Article III, Section 2 of the Constitution for the United States of America;
2. To proceed under seal, in camera, and ex parte due to the private and proprietary nature of the trust matters at hand;
3. To accept the enclosed Verified Bill in Equity and attached exhibits not as a statutory or civil complaint, but as a sacred trust demand under the principles of equity;
4. To recognize that state avenues have failed in conscience and substance, thereby invoking the duty of this Court to provide equitable relief where no adequate legal remedy exists.

Respectfully submitted,

*[signature]*

Anthony Vea Martin
Living Beneficiary and Trustee
Executor de son tort
RB 769 444 285 US

-------------------------------- PAGE BREAK --------------------------------

# VERIFIED BILL IN EQUITY

Filed by: Anthony Vea Martin, Living Beneficiary and Executor de son tort
Re: Declaration of Trust, Quiet Title, Subrogation, Annulment, Sequestration, and Injunction

This matter arises in equity, not in law. The injuries, trespasses, and violations suffered by the Anthony Vea Martin Living Estate Trust cannot be remedied at law, and thus conscience demands this Bill be heard in Equity.

## PARTIES:

Petitioner: Anthony Vea Martin, Living Beneficiary and Trustee of the Anthony Vea Martin Living Estate Trust, RB 769 444 285 US

Respondents: Legacy Housing Group LLC, Teas Properties LLC, William Teas, James Surane (attorney), Mecklenburg Clerk of Superior Court, Sheriffs acting under color of law

## BACKGROUND:

1. The Petitioner was induced to enter a lease agreement by Legacy Housing Group LLC, with promises of material repair and accommodation due to disability.
2. That promise was not honored, constituting a breach that gave rise to equity jurisdiction.
3. Petitioner properly noticed the court, landlord, and counsel of his status as a trust beneficiary, and of trust res under protection.
4. The original eviction suit was dismissed with prejudice (24CV057431-590), barring further claims under that lease by doctrine of res judicata.
5. That lease was fraudulently revived under another entity, Teas Properties LLC, with the same counsel, and a new eviction action was filed (25CV022489-590).
6. Petitioner was forcibly evicted during a pending appeal and rent bond stay. All trust property was destroyed or taken.
7. Clerks refused to accept equitable pleadings, breaching their ministerial duties.
8. All filings, notices, and trust declarations were treated as commercial or gibberish, in violation of equity's maxims.

## BREACHES:

- Res judicata violation
- Constructive eviction
- Destruction of trust res
- Want of authority (no proof of agency or grantee status)
- Conversion and waste
- Breach of fiduciary and ministerial duty
- Due process violations (Mullane standard)

## RELIEF SOUGHT:

1. Declaration of the Anthony Vea Martin Living Estate Trust as lawful, ecclesiastical, and superior in equity
2. Quiet Title in the Trust, extinguishing all adverse claims
3. Annulment of all orders, writs, and leases issued after dismissal with prejudice
4. Subrogation into the position of wrongdoers, allowing recovery
5. Sequestration of any proceeds or claims derived through breach
6. Full restitution for all property taken, destroyed, or lost
7. Injunction against further trespass or enforcement by statutory officers

Respectfully tendered in equity,

*[signature]*

Anthony Vea Martin
Living Beneficiary and Trustee
Executor de son tort
RB 769 444 285 US

------------------------------- PAGE BREAK -------------------------------

# JUDICIAL NOTICE OF CONFLICT AND VARIANCE

To all officers, agents, and parties of record:

Let it be judicially noticed and affirmed:

1. That equity and conscience govern this matter, not statute or form.
2. That this Court is bound to examine substance over appearance, and to provide remedy where injury is shown.
3. That Petitioner, as Living Beneficiary and Trustee, has filed unrebutted judicial notices, tendered trust declarations, and properly perfected his equitable standing.
4. That the state court clerks and officers refused to honor equity filings, relying instead on civil rules, commercial forms, and statutory presumptions.
5. That such refusal created a conflict and variance between equity and statute, resulting in breaches of trust and jurisdiction.

By operation of equity:
- The Petitioner is entitled to relief by conscience, having exhausted civil avenues.
- The Respondents are estopped from claiming form over substance.
- This Honorable Court is now the sole proper venue for equitable resolution.

Authority: *Mullane v. Central Hanover Bank & Trust Co., 339 U.S. 306 (1950)*:
"An elementary and fundamental requirement of due process in any proceeding which is to be accorded finality is notice reasonably calculated to apprise interested parties."

Respectfully noticed,
*[signature]*
Anthony Vea Martin
Living Beneficiary and Trustee
Executor de son tort
RB 769 444 285 US

------------------------------- PAGE BREAK -------------------------------

# EXHIBIT A – ECCLESIASTICAL DECLARATION OF TRUST AND LEDGER OF RES

This Ecclesiastical Declaration is made before Heaven and Earth by Anthony Vea Martin, living man, one of the people, created by the Divine, who does hereby solemnly and irrevocably declare:

That a private express trust exists as the Anthony Vea Martin Living Estate Trust, constituted under the law of equity and conscience, recognized before God and under common right.

**Trust Name:** Anthony Vea Martin Living Estate Trust
**Trust Identifier:** RB 769 444 285 US
**Trustee:** Anthony Vea Martin
**Trustor:** Divine Creator
**Nature:** Ecclesiastical, Private, Express, Constructive
**Residuary Interest:** Vested in Living Beneficiary alone

**Ledger of Res Includes:**
- Leasehold and possessory interest in residential dwelling at ~~8415 Old Statesville Road~~ 305 ORCHARD TRACE LN, Charlotte, NC
- Household goods and furnishings
- Clothing and apparel
- Books, journals, and writings
- Trust instruments and declarations
- Electronic devices and communications records
- Sacred personal effects and spiritual records

Respectfully declared and noticed,
*[signature]*
Anthony Vea Martin
Living Beneficiary and Trustee
Executor de son tort
RB 769 444 285 US

(Seal / Red Thumbprint)

--------------------------------- PAGE BREAK ---------------------------------

# EXHIBIT B – CERTIFICATE OF AUTHORITY

Let it be hereby witnessed and certified that Anthony Vea Martin, Living Beneficiary and Trustee, holds full fiduciary authority as Executor de son tort for the Anthony Vea Martin Living Estate Trust, RB 769 444 285 US.

No third-party agent, attorney, landlord, magistrate, sheriff, or clerk has been delegated authority to interfere with said Trust res.

Respectfully affirmed,
*[signature]*
Anthony Vea Martin
Living Beneficiary and Trustee
Executor de son tort
RB 769 444 285 US

(Seal / Red Thumbprint)

------------------------------ PAGE BREAK ------------------------------

# EXHIBIT C – NOTICE OF WANT OF AUTHORITY

To all actors, officers, agents, and parties in controversy:

No verified proof of authority has ever been filed by those asserting claims adverse to the Anthony Vea Martin Living Estate Trust. Attorneys, landlords, magistrates, sheriffs, and clerks proceeding against the Trust property have done so without lawful warrant or delegation.

By failure to prove authority:
- All judgments, orders, and writs are void, not voidable.
- The acts of such agents are ultra vires.
- Injunction and annulment are required by conscience.

Respectfully noticed,

*Anthony Martin*
Anthony Vea Martin
Living Beneficiary and Trustee
Executor de son tort
RB 769 444 285 US

(Seal / Red Thumbprint)

------------------------------ PAGE BREAK ------------------------------

# EXHIBIT D – WRIT OF EXODUS AND ENTRY

To All Whom These Presents Shall Come:

I, Anthony Vea Martin, living man, heir of the estate created at my nativity, do come now before Almighty God and under the authority of equity to proclaim Exodus and Entry.

**EXODUS:**

I withdraw myself and my estate from all presumed allegiance, suretyship, or attachment to foreign jurisdictions. I repudiate and rebuke all presumed citizenship under the Fourteenth Amendment or lesser artificial status. I renounce all political disabilities, encumbrances, or constructive trusts imposed without my consent.

**ENTRY:**

I enter into the Union as a free and independent private American national, domiciled within a Union State, and not within any federal territory. I declare my lawful political status as one of the People of the several

States. I revive the estate belonging to me at birth and resume full administration thereof in honor and equity.

Respectfully declared and sealed,

*[signature]*
Anthony Vea Martin
Living Beneficiary and Trustee
Executor de son tort
RB 769 444 285 US

(Seal / Red Thumbprint)

--------------------------------- PAGE BREAK ---------------------------------

## EXHIBIT E – DECLARATION OF IRREPARABLE HARM

I, Anthony Vea Martin, Living Beneficiary and Trustee of the Anthony Vea Martin Living Estate Trust, RB 769 444 285 US, do hereby declare that on July 10, 2025, I was forcibly dispossessed under a void writ, and my trust res was destroyed, including household goods, writings, and sacred effects.

Such harm is irreparable, for no sum of money can restore what was lost. The conscience of equity is now bound to provide remedy, for law is inadequate.

Declared and entered August 28, 2025, Charlotte, NC.

*[signature]*
Anthony Vea Martin
Living Beneficiary and Trustee
Executor de son tort
RB 769 444 285 US

(Seal / Red Thumbprint)

--------------------------------- PAGE BREAK ---------------------------------

## EXHIBIT F – SCHEDULE OF TRUST RES AND TABLE OF TENDER

**Schedule of Trust Res:**
1. Leasehold at ~~9415 Old Statesville Road~~ 305 Orchard Trace Ln, Charlotte, NC
2. Household furnishings
3. Clothing and apparel
4. Books, journals, and writings
5. Trust documents
6. Electronic devices and records
7. Sacred spiritual effects

**Table of Tender:**
- Verified Notice of Tender filed in 24CV057431-590
- Judicial Notice of Trust Res filed and refused
- Emergency Stay filed in 25CV022489-590
- Ecclesiastical Trust Declarations entered under seal and refused
- Tender of Ten Dollars lawful money under Article I §9 Cl. 1

Respectfully entered,

*[signature]*

Anthony Vea Martin
Living Beneficiary and Trustee
Executor de son tort
RB 769 444 285 US

(Seal / Red Thumbprint)

-------------------------------- PAGE BREAK --------------------------------

# TABLE OF AUTHORITIES

**Maxims of Equity:**
- Equity suffers not a wrong without a remedy
- Equity regards as done that which ought to be done
- Equity acts in personam
- Equity will not suffer a trust to fail for want of a trustee

**Scripture:**
- "Let no man take thy crown." – Revelation 3:11
- "The laborer is worthy of his hire." – Luke 10:7

**Supreme Court Precedent:**
- Mullane v. Central Hanover Bank & Trust Co., 339 U.S. 306 (1950)
- Pennoyer v. Neff, 95 U.S. 714 (1877)
- Ex parte Young, 209 U.S. 123 (1908)
- Armstrong v. United States, 364 U.S. 40 (1960)

**Constitutional Authority:**
- Article III §2 – Equity jurisdiction
- Article IV §3 Cl. 1 – Admission of new States
- Article IV §3 Cl. 2 – Territories
- Fifth Amendment – Due process and takings
- Fourteenth Amendment §1 – State due process restraint

-------------------------------- PAGE BREAK --------------------------------

## CERTIFICATE OF SERVICE

I, Anthony Vea Martin, Living Beneficiary and Trustee of the Anthony Vea Martin Living Estate Trust, RB 769 444 285 US, do hereby certify that on August 28, 2025, I caused this Federal Equity Packet to be filed with the Clerk of the United States District Court, Western District of North Carolina, Charlotte Division, and prepared true copies for notice to:

- Legacy Housing Group LLC
- Teas Properties LLC
- Attorney James Surane
- Mecklenburg Clerk of Superior Court
- Mecklenburg County Sheriff's Office

Respectfully certified,

*[signature]*

Anthony Vea Martin
Living Beneficiary and Trustee
Executor de son tort
RB 769 444 285 US

(Seal / Red Thumbprint)

-------------------------------- PAGE BREAK --------------------------------

⚖️**END OF FEDERAL EQUITY PACKAGE** ⚖️